IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JON DUKE DEPRIEST,**

    **Plaintiff,**

v.                                      Case No. 4:20-cv-17-AW-EMT

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's January 4, 2021 Report and Recommendation, ECF No. 72, to which no objections have been filed.

Mr. DePriest initiated this case as a pro se prisoner, ECF No. 1, and has since died, ECF No. 58. The next of kin was served with a Suggestion of Death, but no person has moved for substitution. Because 90 days have passed "after service of a statement noting the death," Fed. R. Civ. P. 25(a)(1), I agree with the magistrate judge that the case should be dismissed.

The clerk will enter a judgment that says, "This case is dismissed pursuant to Rule 25(a)(1)." The clerk will then close the file.

SO ORDERED on February 6, 2021.

                                                        s/ *Allen Winsor*
                                                        United States District Judge